COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Juan Hernandez and Maria Hernandez v. MERS, Household Finance Corp. III, U.S. Bank Trust, N.A. as Trustee for LSF8 Master Participation Trust, and Caliber Home Loans, Inc.

Appellate case number:     01-18-00468-CV

Trial court case number:   2015-32570

Trial court:             133rd District Court of Harris County

Appellants Juan and Maria Hernandez have filed an unopposed motion for extension of time to file a reply brief. *See* TEX. R. APP. P. 38.6(c) (establishing filing date for reply brief). Specifically, the Hernandezes seek an extension of time to file a reply to the brief of appellees MERS and Household Finance Corp. III. Although MERS and Household Finance filed their appellees' brief on October 22, 2018, the Hernandezes' timeline for filing a reply does not begin to run until appellees U.S. Bank Trust, N.A. and Caliber Home Loans, Inc. file their brief or their deadline to do so otherwise passes. U.S. Bank Trust and Caliber Home Loans have not filed their brief and their filing deadline is not until November 26, 2018. Therefore, the Hernandezes' timeline for filing a reply brief has not begun to run, and their motion is **denied** as premature.

It is so ORDERED.

Judge's signature: ___/s/ Harvey Brown_____
                ☑ Acting individually    ☐ Acting for the Court

Date: ___November 9, 2018___